ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields Circuit Clerk
2019-Oct-23 15.15 34
04DR-10-1411
C19WD06 · 2 Pages

IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS

DOMESTIC RELATIONS DIVISION

CHRISTINA KNOWLES-MORRIS (now WAHLIG)     PLAINTIFF

VS     CASE NO# 04DR-10-1411-6

CHAD MORRIS     DEFENDANT

## TEMPORARY EX PARTE ORDER AND ORDER FOR HEARING

Now on this 23rd day of October 2019, comes on to be heard the Defendant's Petition for Modification of Custody, for Ex Parte Temporary Orders and Other Matters. The Court, upon reviewing the Petition filed herein, does find and order as follows:

1. The Court has jurisdiction of the parties and subject matter herein and venue is proper.
2. That based on the allegations set forth in the Petition filed herein, the Court finds that there is an immediate need to change custody from the Plaintiff, Christina Knowles-Morris (now Wahlig), to the Defendant, Chad Morris. As a result, the Defendant, Chad Morris is hereby granted temporary care and custody of the parties' two minor children, J.M. and C. M..
3. The Plaintiff, Christina Knowles-Morris (now Wahlig) shall have visitation at the discretion of the Defendant.
4. The Defendant's obligation to pay child support set forth in the original decree of divorce is held in abeyance until further orders of the Court.
5. The Defendant, as the temporary custodian, shall continue the children in their school system and shall ensure that the minor children are taken to school in a timely fashion.

6. This matter shall be set for a temporary hearing on the continuation of the Ex Parte Order as the Court deems necessary, for the __6th__ day of __November__, 2019, at __9:00 a.m__.

7. The Court further finds that the Defendant's Petition requests that an attorney Ad Litem be appointed for the benefit of the two minor children, and finds that said request is reasonable and necessary due to the age of the children and hereby appoints __Dawn Watson__ at the attorney Ad Litem for J.M. and C.M..

IT IS SO ORDERED.

_____
Hon. Doug Schrantz, Circuit Judge